UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case number 1:05cv0105 TCM |
| | ) |
| DEBORAH VINSON, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order filed this date in the above-named cause of action and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Anthony Cook are DISMISSED.

**IT IS FURTHER ORDERED** that an appeal from this Judgment would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of October, 2007.